**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF PENNSYLVANIA

Case number *(if known)* _____    Chapter __11__

☐ Check if this an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/24

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Garage Loco, Inc.** | |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | **DBA Strukture Contracting** |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **84-2193339** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **101 Bradford Road** <br> **Suite 200** <br> **Wexford, PA 15090** <br> Number, Street, City, State & ZIP Code | **654 Baur Drive** <br> **Wexford, PA 15090** <br> P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Allegheny** <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ |

| Debtor | **Garage Loco, Inc.** | | Case number *(if known)* | |
| --- | --- | --- | --- | --- |
| | Name | | | |

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.

☐ Yes.

| | District | When | Case number |
| --- | --- | --- | --- |
| | District | When | Case number |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| | Debtor | | Relationship | |
| --- | --- | --- | --- | --- |
| | District | When | Case number, if known | |

Debtor    **Garage Loco, Inc.** _____    Case number (*if known*) _____
    Name

**11. Why is the case filed in this district?**    *Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**    *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☒ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49　　☐ 1,000-5,000　　☐ 25,001-50,000
☐ 50-99　　☐ 5001-10,000　　☐ 50,001-100,000
☐ 100-199　　☐ 10,001-25,000　　☐ More than100,000
☐ 200-999

**15. Estimated Assets**

☐ $0 - $50,000　　☐ $1,000,001 - $10 million　　☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000　　☐ $10,000,001 - $50 million　　☐ $1,000,000,001 - $10 billion
☒ $100,001 - $500,000　　☐ $50,000,001 - $100 million　　☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million　　☐ $100,000,001 - $500 million　　☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000　　☐ $1,000,001 - $10 million　　☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000　　☐ $10,000,001 - $50 million　　☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000　　☐ $50,000,001 - $100 million　　☐ $10,000,000,001 - $50 billion
☒ $500,001 - $1 million　　☐ $100,000,001 - $500 million　　☐ More than $50 billion

| Debtor | **Garage Loco, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February 13, 2025**
                MM / DD / YYYY

**X** **/s/  Sarita Wells**                           **Sarita Wells**
Signature of authorized representative of debtor        Printed name

Title    **CEO/ Sole Shareholder**

---

**18. Signature of attorney**

**X** **/s/ Renee Kuruce**                            Date   **February 13, 2025**
Signature of attorney for debtor                              MM / DD / YYYY

**Renee Kuruce 314691**
Printed name

**Robleto Kuruce PLLC**
Firm name

**3706 Butler Street**
**Pittsburgh, PA 15201**
Number, Street, City, State & ZIP Code

Contact phone    **(412) 925-8194**      Email address    **rmk@robletolaw.com**

**314691 PA**
Bar number and State

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

| | |
|---|---|
| Debtor name | **Garage Loco, Inc.** |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF PENNSYLVANIA |
| Case number (if known) | |

☐ Check if this is an
amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.    Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.   18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **February 13, 2025**       X /s/   **Sarita Wells**
_____
Signature of individual signing on behalf of debtor

**Sarita Wells**
_____
Printed name

**CEO/ Sole Shareholder**
_____
Position or relationship to debtor

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Fill in this information to identify the case: | |
|---|---|
| Debtor name **Garage Loco, Inc.** | |
| United States Bankruptcy Court for the:  **WESTERN DISTRICT OF PENNSYLVANIA** | ☐ Check if this is an |
| Case number (if known): _____ | amended filing |

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).   Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| American Express PO Box 981535 El Paso, TX 79998 | | Materials, software | | | | $2,485.61 |
| AT &T AT&T Bankruptcy Center 2270 Lakeside Blvd, 7th Floor Richardson, TX 75082 | | Phone service | | | | $1,343.29 |
| Capital One PO Box 71083 Charlotte, NC 28273 | | Materials, software | | | | $2,035.84 |
| Channel Partners 10900 Wayzata Blvd. Suite 300 Hopkins, MN 55305 | | Trade Debt | | $36,191.64 | $0.00 | $36,191.64 |
| Colan Construction 1710 Main Street Pittsburgh, PA 15215 | | Trade debt | | | | $4,450.00 |
| Cox Excavation 238 Crab Run Road Evans City, PA 16033 | | Trade Creditor | | | | $30,000.00 |
| David Munoz 1516 Sandhurst Drive Pittsburgh, PA 15237 | | Client Dispute | Disputed | | | $70,000.00 |
| Eckert Seamans Cherin & Mellot, LLC PO Box 643187 Pittsburgh, PA 15264 | | Legal Services | | | | $51,500.00 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                                                                                Best Case Bankruptcy

| Debtor | **Garage Loco, Inc.** | | Case number *(if known)* | |
| --- | --- | --- | --- | --- |
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Ecua Guzman Construction, LLC 250 Bausman Street Pittsburgh, PA 15210 | | Trade Creditor | | | | $10,800.00 |
| Eleana Barankowski 701 Hill Street Sewickley, PA 15143 | | Client Dispute, cosmetic finishes | Disputed | | | $7,212.00 |
| GM Financial P.O. Box 1630 Fort Worth, TX 76101 | | 2024 Chevrolet Silverado 3500 HDMileage 28,740 | | $65,674.84 | $53,861.00 | $11,813.84 |
| Highway Equipment Company 22035 Perry Highway Zelienople, PA 16063 | | Equipment Rental | Disputed | | | $9,454.24 |
| Home Depot Credit Services P.O. Box 790328 Saint Louis, MO 63179 | | Materials | | | | $29,260.33 |
| Kesten Poured Walls Inc. 26 Revo Road Pittsburgh, PA 15236 | | Trade debt | | | | $21,500.00 |
| Kowalski Plumbing Heating & Cooling 531 Georgetown Road Lawrence, PA 15055 | | Trade debt | | | | $23,521.70 |
| Leech Tishman Law Firm 525 William Penn Place 28th Floor Pittsburgh, PA 15219 | | Legal Services | | | | $16,704.78 |
| Mark Stepanian 419 Fern Hollow Lane Wexford, PA 15090 | | Client Dispute | Disputed | | | $20,000.00 |
| Sunbelt Rentals 5700 Grand Avenue Pittsburgh, PA 15225 | | Equipment Rental | | | | $3,842.51 |
| Todd Cavalier 2 Maurers Lane Pittsburgh, PA 15215 | | Client Dispute | Disputed | | | $24,170.56 |

Debtor   **Garage Loco, Inc.**                                                   Case number *(if known)*  _____
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Wells Fargo Financial Services PO Box 070241 Philadelphia, PA 19176** | | **2024 Bobcat T66 2023 Bobcat E35 Excavator Compact** | | **$96,578.01** | **$145,000.00** | **$7,620.96** |

**Fill in this information to identify the case:**

Debtor name  **Garage Loco, Inc.**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF PENNSYLVANIA

Case number (if known)  _____

☐ Check if this is an
  amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                              12/15

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*.................................................................... $ _____0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*................................................................. $ _____198,881.00

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................. $ _____198,881.00

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................................. $ _____254,487.44

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.......................................... $ _____0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.......................... +$ _____328,280.86

4. **Total liabilities** ......................................................................................................
    Lines 2 + 3a + 3b                                                                                   $ _____582,768.30

| Fill in this information to identify the case: | |
|---|---|
| Debtor name **Garage Loco, Inc.** | |
| United States Bankruptcy Court for the: WESTERN DISTRICT OF PENNSYLVANIA | |
| Case number (if known) | ☐ Check if this is an amended filing |

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property                     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.    Checking, savings, money market, or financial brokerage accounts *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Washington Financial Bank** | | **5180** | **$20.00** |
| 3.2. | **Washington Financial Bank** | | **4288** | **$0.00** |

4.    Other cash equivalents *(Identify all)*

5.    **Total of Part 1.**
      Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | $20.00 |
|---|---|

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☒ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☒ No.  Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                     Best Case Bankruptcy

| Debtor | **Garage Loco, Inc.** | Case number *(If known)* _____ |
|---|---|---|
| | Name | |

☒ No.   Go to Part 5.
☐ Yes Fill in the information below.

---

**Part 5:      Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☒ No.   Go to Part 6.
☐ Yes Fill in the information below.

---

**Part 6:      Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.   Go to Part 7.
☐ Yes Fill in the information below.

---

**Part 7:      Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☒ No.   Go to Part 8.
☐ Yes Fill in the information below.

---

**Part 8:      Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.   Go to Part 9.
☒ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.    Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **2024 Chevrolet Silverado 3500 HD**<br>**Mileage 28,740** | $0.00 | Comparable sale | $53,861.00 |
| 47.2.  **2024 Bobcat T66** | $0.00 | Comparable sale | $80,000.00 |
| **48.    Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| **49.    Aircraft and accessories** | | | |
| **50.    Other machinery, fixtures, and equipment (excluding farm**<br>**machinery and equipment)**<br>**2023 Bobcat E35 Excavator Compact** | $0.00 | Comparable sale | $65,000.00 |

| 51. | **Total of Part 8.**<br>Add lines 47 through 50.   Copy the total to line 87. | $198,861.00 |
|---|---|---|

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
☒ No
☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **Garage Loco, Inc.**_____          Case number *(If known)* _____
          Name

☒ No
☐ Yes

| Part 9: | **Real property** |
|---|---|

**54. Does the debtor own or lease any real property?**

☒ No.   Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☒ No.   Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | **All other assets** |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

☒ No.   Go to Part 12.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor     **Garage Loco, Inc.**_____     Case number *(If known)* _____
     Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $20.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $198,861.00 | |
| 88. **Real property.** *Copy line 56, Part 9* ......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $198,881.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $198,881.00 |

**Fill in this information to identify the case:**

Debtor name __**Garage Loco, Inc.**__

United States Bankruptcy Court for the: __WESTERN DISTRICT OF PENNSYLVANIA__

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                      12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

**Part 1:     List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br><br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **Auxilior Capital Partners, Inc.**<br>Creditor's Name<br><br>**PO Box 7410520**<br>**Chicago, IL 60674**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number**<br>**0953**<br>Do multiple creditors have an interest in the same property?<br>☐ No<br>☒ Yes. Specify each creditor, including this creditor and its relative priority.<br>**1. Auxilior Capital Partners, Inc.**<br>**2. Wells Fargo Financial Services** | **Describe debtor's property that is subject to a lien**<br>**2023 Bobcat E35 Excavator Compact**<br><br><br>**Describe the lien**<br><br><br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$56,042.95** | **$65,000.00** |
| **2.2** **Channel Partners**<br>Creditor's Name<br>**10900 Wayzata Blvd.**<br>**Suite 300**<br>**Hopkins, MN 55305**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number**<br>**741M**<br>Do multiple creditors have an interest in the same property?<br>☒ No | **Describe debtor's property that is subject to a lien**<br><br><br>**Describe the lien**<br>**UCC 1**<br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent | **$36,191.64** | **$0.00** |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

| Debtor | **Garage Loco, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated
☐ Disputed

---

| 2.3 | **GM Financial** | Describe debtor's property that is subject to a lien | $65,674.84 | $53,861.00 |
|---|---|---|---|---|
| | Creditor's Name | **2024 Chevrolet Silverado 3500 HDMileage 28,740** | | |

**P.0. Box 1630
Fort Worth, TX 76101**

Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number
2477**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.4 | **Wells Fargo Financial Services** | Describe debtor's property that is subject to a lien | $96,578.01 | $145,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **2024 Bobcat T66 ; 2023 Bobcat E35 Excavator Compact** | | |

**PO Box 070241
Philadelphia, PA 19176**

Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number
6807**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $254,487.44 |
|---|---|---|

**Part 2:  List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name    **Garage Loco, Inc.**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF PENNSYLVANIA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☒ No. Go to Part 2.
   ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| **3.1** | **Nonpriority creditor's name and mailing address**<br>**American Express**<br>**PO Box 981535**<br>**El Paso, TX 79998** | **$2,485.61** |

| | **As of the petition filing date, the claim is:** *Check all that apply.* | |
|---|---|---|
| | ☐ Contingent | |
| | ☐ Unliquidated | |
| | ☐ Disputed | |

Date(s) debt was incurred __

Last 4 digits of account number  **1000**

Basis for the claim:  **Materials, software**

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| | **Nonpriority creditor's name and mailing address** | Amount of claim |
|---|---|---|
| **3.2** | **AT &T**<br>**AT&T Bankruptcy Center**<br>**2270 Lakeside Blvd,**<br>**7th Floor**<br>**Richardson, TX 75082** | **$1,343.29** |

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **0664**

Basis for the claim:  **Phone service**

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| | **Nonpriority creditor's name and mailing address** | Amount of claim |
|---|---|---|
| **3.3** | **Capital One**<br>**PO Box 71083**<br>**Charlotte, NC 28273** | **$2,035.84** |

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **8680**

Basis for the claim:  **Materials, software**

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| | **Nonpriority creditor's name and mailing address** | Amount of claim |
|---|---|---|
| **3.4** | **Colan Construction**<br>**1710 Main Street**<br>**Pittsburgh, PA 15215** | **$4,450.00** |

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

Basis for the claim:  **Trade debt**

Is the claim subject to offset?  ☒ No   ☐ Yes

| Debtor | **Garage Loco, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,000.00** |
|---|---|---|---|

**Cox Excavation**
**238 Crab Run Road**
**Evans City, PA 16033**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Creditor**

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$70,000.00** |
|---|---|---|---|

**David Munoz**
**1516 Sandhurst Drive**
**Pittsburgh, PA 15237**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  **Client Dispute**

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$51,500.00** |
|---|---|---|---|

**Eckert Seamans Cherin & Mellot, LLC**
**PO Box 643187**
**Pittsburgh, PA 15264**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Legal Services**

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,800.00** |
|---|---|---|---|

**Ecua Guzman Construction, LLC**
**250 Bausman Street**
**Pittsburgh, PA 15210**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,212.00** |
|---|---|---|---|

**Eleana Barankowski**
**701 Hill Street**
**Sewickley, PA 15143**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  **Client Dispute, cosmetic finishes**

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,454.24** |
|---|---|---|---|

**Highway Equipment Company**
**22035 Perry Highway**
**Zelienople, PA 16063**

Date(s) debt was incurred  _

Last 4 digits of account number  **K001**

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  **Equipment Rental**

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$29,260.33** |
|---|---|---|---|

**Home Depot Credit Services**
**P.O. Box 790328**
**Saint Louis, MO 63179**

Date(s) debt was incurred  _

Last 4 digits of account number  **2477**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Materials**

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$21,500.00** |
|---|---|---|---|

**Kesten Poured Walls Inc.**
**26 Revo Road**
**Pittsburgh, PA 15236**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| Debtor | **Garage Loco, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$23,521.70** |
|---|---|---|---|

**Kowalski Plumbing Heating & Cooling**
**531 Georgetown Road**
**Lawrence, PA 15055**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **Trade debt**

Last 4 digits of account number  __

Is the claim subject to offset? ☒ No  ☐ Yes

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$16,704.78** |
|---|---|---|---|

**Leech Tishman Law Firm**
**525 William Penn Place**
**28th Floor**
**Pittsburgh, PA 15219**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **Legal Services**

Last 4 digits of account number  __

Is the claim subject to offset? ☒ No  ☐ Yes

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20,000.00** |
|---|---|---|---|

**Mark Stepanian**
**419 Fern Hollow Lane**
**Wexford, PA 15090**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred  __

Basis for the claim:  **Client Dispute**

Last 4 digits of account number  __

Is the claim subject to offset? ☒ No  ☐ Yes

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Nick Noyes**
**243 Hookstown Grade Road**
**Clinton, PA 15026**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred  __

Basis for the claim:  **Client Dispute**

Last 4 digits of account number  __

Is the claim subject to offset? ☒ No  ☐ Yes

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,842.51** |
|---|---|---|---|

**Sunbelt Rentals**
**5700 Grand Avenue**
**Pittsburgh, PA 15225**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __

Basis for the claim:  **Equipment Rental**

Last 4 digits of account number  **3852**

Is the claim subject to offset? ☒ No  ☐ Yes

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$24,170.56** |
|---|---|---|---|

**Todd Cavalier**
**2 Maurers Lane**
**Pittsburgh, PA 15215**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred  __

Basis for the claim:  **Client Dispute**

Last 4 digits of account number  __

Is the claim subject to offset? ☒ No  ☐ Yes

---

**Part 3:**    **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Paul Rome and Associates LLC**<br>**PO Box 923**<br>**Hackettstown, NJ 07840** | Line  **3.10**<br><br>☐  Not listed. Explain ____ | **K001** |

---

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| Debtor | **Garage Loco, Inc.** | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

|  |  | Total of claim amounts | |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | **0.00** |
| **5b. Total claims from Part 2** | 5b. + | $ | **328,280.86** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | **328,280.86** |

American Express
PO Box 981535
El Paso, TX 79998


AT &T
AT&T Bankruptcy Center
2270 Lakeside Blvd, 7th Floor
Richardson, TX 75082


Auxilior Capital Partners, Inc.
PO Box 7410520
Chicago, IL 60674


Capital One
PO Box 71083
Charlotte, NC 28273


Channel Partners
10900 Wayzata Blvd.
Suite 300
Hopkins, MN 55305


Colan Construction
1710 Main Street
Pittsburgh, PA 15215


Cox Excavation
238 Crab Run Road
Evans City, PA 16033


David Munoz
1516 Sandhurst Drive
Pittsburgh, PA 15237


Eckert Seamans Cherin & Mellot, LLC
PO Box 643187
Pittsburgh, PA 15264


Ecua Guzman Construction, LLC
250 Bausman Street
Pittsburgh, PA 15210


Eleana Barankowski
701 Hill Street
Sewickley, PA 15143


GM Financial
P.O. Box 1630
Fort Worth, TX 76101


Highway Equipment Company
22035 Perry Highway
Zelienople, PA 16063

Home Depot Credit Services
P.O. Box 790328
Saint Louis, MO 63179


Kesten Poured Walls Inc.
26 Revo Road
Pittsburgh, PA 15236


Kowalski Plumbing Heating & Cooling
531 Georgetown Road
Lawrence, PA 15055


Leech Tishman Law Firm
525 William Penn Place
28th Floor
Pittsburgh, PA 15219


Mark Stepanian
419 Fern Hollow Lane
Wexford, PA 15090


Nick Noyes
243 Hookstown Grade Road
Clinton, PA 15026


Paul Rome and Associates LLC
PO Box 923
Hackettstown, NJ 07840


Sarita Wells
654 Baur Dr
Wexford, PA 15090


Sunbelt Rentals
5700 Grand Avenue
Pittsburgh, PA 15225


Todd Cavalier
2 Maurers Lane
Pittsburgh, PA 15215


Wells Fargo Financial Services
PO Box 070241
Philadelphia, PA 19176

# United States Bankruptcy Court
## Western District of Pennsylvania

In re  **Garage Loco, Inc.**

Debtor(s)

Case No.

Chapter  **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Garage Loco, Inc.__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☒ None [*Check if applicable*]

**February 13, 2025**

Date

**/s/ Renee Kuruce**

**Renee Kuruce 314691**

Signature of Attorney or Litigant

Counsel for  **Garage Loco, Inc.**

**Robleto Kuruce PLLC**
**3706 Butler Street**
**Pittsburgh, PA 15201**
**(412) 925-8194  Fax:**
**rmk@robletolaw.com**